FEB 0 8 2008

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEB 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JAMES BUTLER  v.  MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James Butler (Plaintiff)

**08CV834**
**JUDGE NORGLE**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
|---|
| Nicole R. Connors |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Nicole R. Connors |

| FIRM |
|---|
| Law Offices of Nicole R. Connors |

| STREET ADDRESS |
|---|
| 516 N. Ogden, #191 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60622 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257886 | 312-733-7300 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐