IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES BUTLER, | : | |
| | : | NO: 3:08C0834 |
| Plaintiff, | : | |
| vs. | : | Hon. Charles R. Norgle, Sr. |
| | : | |
| MERRILL LYNCH BUSINESS | : | Magistrate Judge Ashman |
| FINANCIAL SERVICES, INC. | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

## RULE 7.1 DISCLOSURE STATEMENT

Merrill Lynch Commercial Finance Corp. is the successor-in-interest to defendant Merrill Lynch Business Financial Services, Inc.  Merrill Lynch Commercial Finance Corp. is a wholly-owned subsidiary of Merrill Lynch Bank USA, which is a wholly-owned subsidiary of Merrill Lynch & Co.

Date: May 8, 2008             Respectfully submitted,

                              MERRILL LYNCH COMMERCIAL FINANCE CORP.

                              By:   /s/ Peter E. Cooper
                                    One of Its Attorneys

Peter E. Cooper, Esq.
(ARDC No. 6218794)
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive, Suite 500
Chicago, IL  60606
Tel.: (312) 372-1947
Fax: (312) 372-2389
pcooper@lksu.com

1

<u>Of counsel</u>:
Michael J. Fortunato
Julianne L. Peck
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
Paoli, PA  19301
Tel.: (610) 408-2005
Fax: (610) 854-4305
mfortunato@rubinfortunato.com

Attorneys for Defendant
Merrill Lynch Commercial Finance Corp.
Successor-in-Interest to Merrill Lynch Business Financial Services Inc.