## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2008, a true and correct copy of Defendant's Rule 7.1 Disclosure Statement was served by First Class Mail upon the following:

Nicole R. Connors, Esq.
Law Offices of Nicole R. Connors
516 N. Ogden, #191
Chicago, IL  60622


      /s/ Peter E. Cooper
Attorney for Merrill Lynch Commercial Finance Corp.