IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BUTLER,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>MERRILL LYNCH BUSINESS<br>FINANCIAL SERVICES, INC.<br><br><br>　　　　　Defendant. | NO:  3:08C0834<br><br>Hon. Charles R. Norgle, Sr.<br><br>Magistrate Judge Ashman |

**MERRILL LYNCH'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

　　　　Merrill Lynch Commercial Finance Corp., the successor-in-interest to Defendant Merrill Lynch Business Financial Services Incorporated ("Merrill Lynch"), through its undersigned counsel, hereby moves this Court to dismiss the Complaint of Plaintiff James Butler ("Butler") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In the alternative, Merrill Lynch moves to dismiss the Complaint pursuant to Rule 56(c) of the Federal Rules of Civil Procedure.

　　　　Merrill Lynch moves for dismissal of the Complaint on the ground that Butler executed a release of all claims against Merrill Lynch and has waived any argument that the release is invalid.  In support of this Motion, Merrill Lynch incorporates by reference the Statement of Uncontested Facts Pursuant to Local Rule 56.1, the Exhibits attached thereto, and the accompanying Memorandum of Law.

　　　　**WHEREFORE**, for the reasons set forth in its Memorandum of Law, Merrill Lynch respectfully requests that Butler's Complaint be dismissed with prejudice.

Date: May 8, 2008                Respectfully submitted,


                                 MERRILL LYNCH COMMERCIAL FINANCE CORP.


                                 By:    /s/ Peter E. Cooper
                                           One of Its Attorneys


Peter E. Cooper, Esq.
(ARDC No. 6218794)
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive, Suite 500
Chicago, IL  60606
Tel.: (312) 372-1947
Fax: (312) 372-2389
pcooper@lksu.com

Of counsel:
Michael J. Fortunato
Julianne L. Peck
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
Paoli, PA  19301
Tel.: (610) 408-2005
Fax: (610) 854-4305
mfortunato@rubinfortunato.com

Attorneys for Defendant
Merrill Lynch Commercial Finance Corp.
Successor-in-Interest to Merrill Lynch Business Financial Services Inc.