IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES BUTLER, | : |
| Plaintiff, | : NO: 3:08C0834 |
| vs. | : Hon. Charles R. Norgle, Sr. |
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES, INC. | : Magistrate Judge Ashman |
| Defendant. | : |

**MERRILL LYNCH'S STATEMENT OF UNCONTESTED
FACTS PURSUANT TO LOCAL RULE 56.1**

In the event that Merrill Lynch's Motion to Dismiss is converted to a Motion for Summary Judgment pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Merrill Lynch, pursuant to Local Rule 56.1 submits the following statement of material facts to which there is no genuine issue.

1. Plaintiff James Butler is an individual who at all times relevant hereto resided at 15321 Cherry Lane, Oak Forest, Illinois 60452. See Compl. ¶ 6.

2. Defendant Merrill Lynch Business Financial Services Inc., now operating under the name Merrill Lynch Commercial Finance Corp., maintained an office at 222 North La Salle Street, Chicago, Illinois 60601 at all times relevant hereto. See Compl. ¶ 7.

3. This court has jurisdiction over this matter under 28 U.S.C. § 1331.

4. Venue is proper under 28 U.S.C. § 1391(b).

5. Butler commenced his employment with Merrill Lynch on May 1, 2006. Compl. ¶ 8. A copy of the Complaint is attached hereto as Exhibit "A."

6. On September 10, 2007, Butler's employment with Merrill Lynch was terminated.

Compl. ¶ 14.

7.     On September 11, 2007, Butler executed an *Agreement & Release* in connection with his separation of employment with Merrill Lynch.  A true and correct copy of the *Agreement & Release* is attached to the Declaration of Janice DeFazio, which is attached hereto as Exhibit "B."

8.     On October 3, 2007, Merrill Lynch counter-signed the *Agreement & Release*. *Agreement & Release* at p.3; DeFazio Declaration ¶ 2.

9.     In the *Agreement & Release*, Butler expressly "release[d] and discharge[d] Merrill Lynch . . . from any and all actions, causes of actions, claims, or charges known or unknown arising out of [Butler's] employment and/or termination of employment, including . . . violations of . . . the Family and Medical Leave Act." Id. ¶ 6(a).

10.    In exchange for the release Butler received benefits to which he was not otherwise entitled, including, 12 weeks of salary, a $1,500 lump-sum payment, and continuation of certain benefits coverage.  Id. ¶ 2; DeFazio Declaration ¶¶ 3, 4.

11.    Butler has retained these benefits to date.  DeFazio Declaration ¶ 5.

Date: May 8, 2008           Respectfully submitted,

                            MERRILL LYNCH COMMERCIAL FINANCE CORP.


                            By:    /s/ Peter E. Cooper
                                   One of Its Attorneys

Peter E. Cooper, Esq.
(ARDC No. 6218794)
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive, Suite 500
Chicago, IL  60606
Tel.: (312) 372-1947
Fax: (312) 372-2389

pcooper@lksu.com

<u>Of counsel</u>:
Michael J. Fortunato
Julianne L. Peck
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
Paoli, PA  19301
Tel.: (610) 408-2005
Fax: (610) 854-4305
mfortunato@rubinfortunato.com

Attorneys for Defendant
Merrill Lynch Commercial Finance Corp.
Successor-in-Interest to Merrill Lynch Business Financial Services Inc.