IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMES BUTLER,** : | | |
| : | NO: 3:08C0834 | |
| **Plaintiff,** : | | |
| vs. : | Hon. Charles R. Norgle, Sr. | |
| : | | |
| **MERRILL LYNCH BUSINESS** : | Magistrate Judge Ashman | |
| **FINANCIAL SERVICES, INC.** : | | |
| : | | |
| : | | |
| **Defendant.** : | | |
| : | | |

### NOTICE OF MOTION

To:   Nicole R. Connors, Esq.
    Law Offices of Nicole R. Connors
    516 N. Ogden, #191
    Chicago, IL 60622

Please take notice that on the 30th day of May, 2008, at 10:30 a.m. or as soon thereafter as the motions may be heard, I shall appear before the Honorable Charles R. Norgle, Sr., or any judge sitting in his place or stead, in room 2341 in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss or in the Alternative, for Summary Judgment.

Date: May 8, 2008     Respectfully submitted,

MERRILL LYNCH COMMERCIAL FINANCE CORP.

By:   /s/ Peter E. Cooper
      One of Its Attorneys

Peter E. Cooper, Esq.
(ARDC No. 6218794)
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive, Suite 500
Chicago, IL 60606
Tel.: (312) 372-1947
Fax: (312) 372-2389
pcooper@lksu.com

Of counsel:

Michael J. Fortunato
Julianne L. Peck
RUBIN, FORTUNATO & HARBISON P.C.
10 South Leopard Road
Paoli, PA  19301
Tel.: (610) 408-2005
Fax: (610) 854-4305
mfortunato@rubinfortunato.com

Attorneys for Defendant
Merrill Lynch Commercial Finance Corp.
Successor-in-Interest to Merrill Lynch Business Financial Services Inc.