**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2008, true and correct copies of Defendant's

Notice of Motion, Defendant's Motion to Dismiss or in the Alternative, for Summary Judgment,

Merrill Lynch's Statement of Uncontested Facts Pursuant to Local Rule 56.1, and Merrill Lynch's

Memorandum of Law in Support of its Motion to Dismiss, or in the Alternative, for Summary

Judgment were served by First Class Mail upon the following:

Nicole R. Connors, Esq.
Law Offices of Nicole R. Connors
516 N. Ogden, #191
Chicago, IL  60622


      /s/ Peter E. Cooper
     Attorney for Merrill Lynch Commercial Finance Corp.