**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

James Butler
                                             Plaintiff,

v.                                                                                  Case No.: 1:08−cv−00834

                                                                                          Honorable Charles R. Norgle Sr.

Merrill Lynch Business Financial Services, Inc.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Set deadlines/hearing as to motion to dismiss[6] Response to Merrill Lynch's Motion to Dismiss, or in the alternative, for Summary Judgment [6] is due on or before 6/27/2008. Merrill Lynch's reply is due on or before 7/11/2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.