

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 2 6 2008 TC
Jun 26, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| JAMES BUTLER | ) | |
| | ) | NO.: 3:08 C 0834 |
| Plaintiff, | ) | |
| | ) | Hon. Charles R. Norgle, Sr. |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| MERRILL LYNCH & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE BRIEF TO DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

NOW COMES the plaintiff, JAMES BUTLER, by and through attorneys, LAW OFFICES OF NICOLE R. CONNORS, to move this Honorable Court by Motion for an Extension of Time to File Plaintiff's Response Brief to Defendant's Motion to Dismiss or in the Alternative, for Summary Judgment. In support thereof, Plaintiff states as follows:

1. This matter arises from a violation of the Family Medical Leave Act (FMLA) of 1993, (29 U.S.C. §2601, et seq.) wherein the plaintiff alleges that his employment with the defendant, MERRILL LYNCH & CO., INC., was wrongfully terminated.

2. On May 8, 2008, the defendant filed its Motion to Dismiss or in the Alternative, for Summary Judgment.

3. The plaintiff's response brief is due June 27, 2008.

4. The plaintiff's lead attorney, Nicole R. Connors, has been ill for the past week and a half and has been unable to complete the response brief.

5. The plaintiff requests an additional seven (7) days in order to file its responsive pleadings.

6. The plaintiff would be substantially and materially prejudiced if this Motion was denied.

7. This motion is not made for the purpose of prejudice or delay.

8. The defendant would not be prejudiced by the granting of this motion.

WHEREFORE, the plaintiff, JAMES BUTLER, prays that this Honorable Court enter an order extending the time in which the plaintiff has to file its response brief.

LAW OFFICES OF NICOLE R. CONNORS

By: _____
KRISTY M. GONOWON

LAW OFFICES OF NICOLE R. CONNORS
Attorney for Plaintiff
516 N. Ogden, #191
Chicago, IL 60607
Tel. (312) 733-7300
Fax (312) 276-4754
ARDC No. 6257886