## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES BUTLER | ) | |
| | ) | NO.:   3:08 C 0834 |
| Plaintiff, | ) | |
| | ) | Hon. Charles R. Norgle, Sr. |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| MERRILL LYNCH & CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

**FILED**

JUN 2 6 2008 **TC**
Jun 26. 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

TO:   Peter E. Cooper, Esq.
Lawrence, Kamin, Saunders & Uhlenhop LLC
300 South Wacker Drive, Suite 500
Chicago, IL 60606
Fax. (312) 372-2389

PLEASE TAKE NOTICE THAT on **7- 11** , 2008, at **10:30** a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle, Sr., or any judge sitting in his stead, in courtroom **2341** in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiff's Motion for Extension of Time to File Its Response Brief to Defendant's Motion to Dismiss or in the Alternative, for Summary Judgment.**

LAW OFFICES OF NICOLE R. CONNORS

BY: _____
KRISTY M. GONOWON

| | | | |
|---|---|---|---|
| **Name** | LAW OFFICES OF NICOLE R. CONNORS | **Attorney** | for Plaintiff |
| **Address** | 516 N. Ogden, #191 | **City**   Chicago, IL 60607 | |
| **Telephone** | (312) 733-7300 | **ARDC No.**   6257886 | |

### CERTIFICATE OF SERVICE

I, **Kristy M. Gonowon,** an attorney certify: I served this notice by faxing a copy to the above party to the above listed fax number and by mailing the same to the above listed party at the above listed address and by depositing the same in the U.S. Mail chute at 815 West Van Buren Street, Chicago, IL at 4:30 p.m. on _____, 2008, with proper postage prepaid.

_____
KRISTY M. GONOWON