IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES BUTLER | ) |
| Plaintiff, | ) |
| | ) No.   08C0834 |
| v. | ) |
| | ) Hon. Charles R. Norgle, Sr. |
| MERRILL LYNCH & CO., INC., | ) |
| | ) Magistrate Judge Ashman |
| Defendant. | ) |

### JAMES BUTLER'S STATEMENT OF UNCONTESTED FACTS PURSUANT TO LOCAL RULE 56.1

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure and Local Rule 56.1, James Butler submits the following statement of material facts to which there is no genuine issue.

1. The plaintiff, James Butler, is an individual who at all times relevant hereto resided at 15321 Cherry Lane, Oak Forest, Illinois 60452. See Compl. ¶ 6.

2. The defendant, Merrill Lynch Business Financial Services Inc., now operating under the name Merrill Lynch Commercial Finance Corp., maintained an office at 222 North LaSalle Street, Chicago, Illinois 60601 at all times relevant hereto. See Compl. ¶ 7.

3. This court has jurisdiction over this matter under 28 U.S.C. § 1331.

4. Venue is proper under 28 U.S.C. § 1391(b).

5. Butler commenced his employment with Merrill Lynch on May 1, 2006. See Compl. ¶ 8.

6. In June 2007, Butler's wife was diagnosed with a mental illness and was subsequently hospitalized. See Compl. ¶10.

7. Butler took a leave of absence under the Family Medical Leave Act of 1993, 29

U.S.C. §2601, et seq., from June 2, 2007 to July 16, 2007 in order to assist in his wife's medical care and arrangements and to care for his daughter during his wife's illness. See Compl. ¶11.

8. On August 15, 2007, Butler received a mid-year evaluation which was based upon the performance figures of June 2007. See Compl. ¶12.

9. On September 10, 2007, Butler's employment was terminated with Merrill Lynch based upon the poor performance in his mid-year evaluation. See Compl. ¶14.

10. On September 11, 2007, Butler executed an *Agreement & Release* in connection with his termination from Merrill Lynch.

11. A portion of the *Agreement & Release* entitled Butler to retain his medical benefits for his wife's illness.

Date:  July 7, 2008

Respectfully submitted,

JAMES BUTLER

By: ___/s/ Nicole R. Connors___
One of Plaintiff's Attorneys

Nicole R. Connors
The Law Offices of Nicole R. Connors
516 N. Ogden, #191
Chicago, Illinois 60622
(312) 733-7300
(312) 276-4754 (facsimile)