Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 834 | **DATE** | 8/7/2008 |
| **CASE TITLE** | James Butler vs. Merrill Lynch Business Financial Services, Inc. | | |

**DOCKET ENTRY TEXT**

Docket Correction: Motion by Plaintiff for Extension of time to file its response [13] was and is granted.



| | Courtroom Deputy Initials: | EF |
|---|---|---|