## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 834 | **DATE** | 8/14/2008 |
| **CASE TITLE** | James Butler vs. Merrill Lynch Business Financial Services, Inc. | | |

**DOCKET ENTRY TEXT**

Motion by Defendant Merrill Lynch Business Financial Services, Inc. to dismiss or, in the alternative, for summary judgment [6] is granted. See attached Opinion and Order.

*/s/ Charles R. Norgle*

Mail AO 450

Docketing to mail notices.

Courtroom Deputy Initials: EP