AO 450(Rev. 5/85)Judgment in a Civil Case



# United States District Court

## Northern District of Illinois
### Eastern Division

JAMES BUTLER       **JUDGMENT IN A CIVIL CASE**

v.                 Case Number: 08 C 834

MERRILL LYNCH BUSINESS
FINANCIAL SERVICES, INC.

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of Defendant Merrill Lynch Business Financial Services.

Michael W. Dobbins, Clerk of Court

Date: 8/15/2008

/s/ Eric Fulbright, Deputy Clerk